| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo

CN 4853

Trenton, NJ   08650

(609) 587-6888

Standing Chapter 13 Trustee

**Order Filed on August 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Allen Middleton

Debtor(s)

Case No.: 17-19412 / CMG

Hearing Date: 08/01/2018

Judge: Christine M. Gravelle

Chapter:  13

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: August 2, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $2,460.00 paid to date

- Debtor(s) shall remit $343.00 per month to the Trustee for 21 months beginning 8/1/18

- $775.00 per month for 25 months beginning 5/2/10

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:  
Allen Middleton  
       Debtor  

Case No. 17-19412-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                    Page 1 of 1                    Date Rcvd: Aug 02, 2018
                          Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2018.
db             +Allen Middleton,    1305 North Oaks Boulevard,    North Brunswick, NJ 08902-2157

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2018 at the address(es) listed below:
      Albert    Russo    docs@russotrustee.com
      Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
      Eamonn    O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov
      Herbert B. Raymond    on behalf of Debtor Allen    Middleton bankruptcy123@comcast.net, jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
      Kaitlyn R. Bernaski    on behalf of Creditor    The Oaks at North Brunswick Condominium Association, Inc. kbernaski@giaimoandassociates.com
      Peter Joseph Rosa, I    on behalf of Creditor    The Oaks at North Brunswick Condominium Association, Inc. prosa@giaimoandassociates.com
      Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                                                  TOTAL: 10