UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on August 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Kaitlyn R. Campanile, Esq.
**GIAIMO & ASSOCIATES, LLC**
97 E. River Road
Rumson, New Jersey 07760
(732) 747-8585
kcampanile@giaimoandassociates.com
*Attorneys for Creditor,*
The Oaks at North Brunswick Condominium
Association, Inc.
File No. CL-2450

Case No.: 17-19412-CMG

Chapter 13

Hon. Christine M. Gravelle, U.S.B.J.

In re:

Allen Middleton,

Debtor.

## CONSENT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following page 2 is ORDERED.

**DATED: August 3, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

1

Applicant: The Oaks at North Brunswick Condominium Association, Inc. ("Association")
Subject Property: 1305 North Oaks Boulevard, North Brunswick, New Jersey
Applicant's Counsel: Kaitlyn R. Campanile, Esq., Giaimo and Associates, LLC

Debtor: Allen Middleton
Debtor's Counsel: Kevin de Lyon, Esq., Raymond and Raymond

Case No.: 17-19412-CMG
Caption of Order: CONSENT ORDER ON MOTION FOR RELIEF FROM
AUTOMATIC STAY

For good cause shown, it is **ORDERED** that:

1. The parties entered into a Consent Order on or about April 19, 2018 regarding the
   Motion for Relief from Automatic Stay that was filed by Creditor Association on March
   5, 2018.

2. Per Paragraph 2 of the Consent Order, the Debtor was to remit payment in monthly
   installments for the outstanding post-petition maintenance and late fees, and the post-
   petition legal fees were to become part of the Debtor's Chapter 13 Plan. Per Paragraph
   3 of the Consent Order, the Debtor was obligated to submit $560.00 within seven (7)
   days of the entry of this Order, followed by monthly payments of $185.25 by the 15th
   of each month for twelve (12) consecutive months (up to and including April 1, 2019),
   for total payment of $2,223.00, representing the post-petition maintenance and late fees
   arrears as of the Consent Order that was executed on or about April 19, 2018.
   Additionally, the Debtor was obligated to remit regular future maintenance payments
   on a timely basis.

3. Per Paragraph 4 of the Consent Order, should the Debtor fail to make any of the arrears
   payments or maintenance payments within thirty (30) days of the date that the payment
   is due, the Debtors "agree to execute an additional Consent Order with the Association,
   vacating the automatic stay as to the collateral, so that the Association will not have to
   file an additional Motion to Vacate the Automatic Stay at that time."

4. At this time, the Debtor has failed to remit the monthly arrears payments of $185.25
   for each month since entrance of the Consent Order, specifically: May, June, and July
   2018. Additionally, the Debtor has failed to remit the monthly maintenance payments
   of $337.00 for each month since entrance of the Consent Order, specifically: May, June
   and July 2018. Thus, the Debtor has defaulted on Debtor's obligations under the terms
   of the Consent Order, and therefore, the automatic stay is hereby vacated.

2

The undersigned hereby consent
To the form and entry of the within Order:

Kevin de Lyon, Esq.
Attorney for Debtor, Allen Middleton

Kaitlyn R. Campanile, Esq.
Attorney for Creditor, The Oaks at North
Brunswick Condominium Association, Inc.

3

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-19412-CMG
Allen Middleton                                                       Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Aug 03, 2018
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2018.
db            +Allen Middleton,    1305 North Oaks Boulevard,    North Brunswick, NJ 08902-2157

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2018 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Eamonn  O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
           eamonn.ohagan@usdoj.gov
          Herbert B. Raymond    on behalf of Debtor Allen  Middleton bankruptcy123@comcast.net,
           jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
           mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
          Kaitlyn R. Bernaski    on behalf of Creditor    The Oaks at North Brunswick Condominium Association,
           Inc. kbernaski@giaimoandassociates.com
          Peter Joseph Rosa, I    on behalf of Creditor    The Oaks at North Brunswick Condominium
           Association, Inc. prosa@giaimoandassociates.com
          Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                            TOTAL: 10