UNITED STATES BANKRUPTCY COURT
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Allen Middleton

Debtor(s)

Order Filed on August 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-19412 / CMG

Hearing Date: 08/01/2018

Judge: Christine M. Gravelle

Chapter: 13

CORRECTED

ORDER REGARDING CHAPTER 13 STANDING
TRUSTEE'S MOTION TO DISMISS OR
CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

DATED: August 23, 2018

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 1 of 2

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $2,460.00 paid to date

- Debtor(s) shall remit $343.00 per month to the Trustee for 21 months beginning 8/1/18

- $755.00 per month for 25 months beginning 5/1/2020

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 17-19412-CMG
Allen Middleton                                                 Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Aug 23, 2018
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2018.
db              +Allen Middleton,    1305 North Oaks Boulevard,    North Brunswick, NJ 08902-2157

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Eamonn    O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Herbert B. Raymond    on behalf of Debtor Allen  Middleton bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Kaitlyn R. Bernaski    on behalf of Creditor    The Oaks at North Brunswick Condominium Association,
               Inc. kbernaski@giaimoandassociates.com
              Peter Joseph Rosa, I    on behalf of Creditor    The Oaks at North Brunswick Condominium
               Association, Inc. prosa@giaimoandassociates.com
              Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                              TOTAL: 10