UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 094702B

In Re:

Allen Middleton

**Order Filed on September 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-19412-CMG

Hearing Date: September 5, 2018
Judge: Christine M. Gravelle

Chapter 13

| Recommended Local Form | ☒ Followed | __ Modified |

**ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: September 10, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Specialized Loan Servicing LLC |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Herbert B. Raymond, Esquire |
| Property Involved ("Collateral"): | 1305 North Oaks Boulevard, North Brunswick, NJ 08902 |
| Relief Sought: | ☒ Motion for Relief From the Automatic Stay |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:
   - ☒ The Debtor is overdue for three months, from June 1, 2018 to August 1, 2018.
   - ☒ The Debtor is overdue for three payments at $1,195.70 per month.
   - ☒ Less suspense balance of $903.82.
   
   Total Arrearages Due $2,683.28.

2. Debtor must cure all post-Petition arrearages as follows:
   - ☒ Beginning on September 1, 2018, regular monthly mortgage payments shall continue to be made in the amount of $1,195.70.
   - ☒ Beginning on September 1, 2018, additional monthly cure payments shall be made in the amount of $298.31 for eight months along with an additional payment of $296.80 for the ninth month.

3. Payments to the Secured Creditor shall be made to the following address(es):
   - ☒ Regular monthly payments and Monthly cure payments:
     
     Specialized Loan Servicing LLC
     PO Box 60535
     City of Industry, CA 91716-0535

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.