UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 094702B

In Re:

Allen Middleton

Order Filed on September 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-19412-CMG

Hearing Date: September 5, 2018
Judge: Christine M. Gravelle

Chapter 13

Recommended Local Form    ☒ Followed    __ Modified

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: September 10, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Specialized Loan Servicing LLC |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Herbert B. Raymond, Esquire |
| Property Involved ("Collateral"): | 1305 North Oaks Boulevard, North Brunswick, NJ 08902 |
| Relief Sought: | ☒ Motion for Relief From the Automatic Stay |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:
   - ☒ The Debtor is overdue for three months, from June 1, 2018 to August 1, 2018.
   - ☒ The Debtor is overdue for three payments at $1,195.70 per month.
   - ☒ Less suspense balance of $903.82.
   
   Total Arrearages Due $2,683.28.

2. Debtor must cure all post-Petition arrearages as follows:
   
   ☒ Beginning on September 1, 2018, regular monthly mortgage payments shall continue to be made in the amount of $1,195.70.
   
   ☒ Beginning on September 1, 2018, additional monthly cure payments shall be made in the amount of $298.31 for eight months along with an additional payment of $296.80 for the ninth month.

3. Payments to the Secured Creditor shall be made to the following address(es):
   
   ☒ Regular monthly payments and Monthly cure payments:
   
   > Specialized Loan Servicing LLC
   > PO Box 60535
   > City of Industry, CA 91716-0535

4.  In the event of Default:

☒  If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 17-19412-CMG
Allen Middleton                                                                     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin            Page 1 of 1        Date Rcvd: Sep 10, 2018
                       Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2018.
db             +Allen Middleton,    1305 North Oaks Boulevard,    North Brunswick, NJ 08902-2157

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2018 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Eamonn   O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov
      Herbert B. Raymond    on behalf of Debtor Allen  Middleton bankruptcy123@comcast.net, jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
      Kaitlyn R. Bernaski    on behalf of Creditor    The Oaks at North Brunswick Condominium Association, Inc. kbernaski@giaimoandassociates.com
      Peter Joseph Rosa, I    on behalf of Creditor    The Oaks at North Brunswick Condominium Association, Inc. prosa@giaimoandassociates.com
      Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                       TOTAL: 10