1

2
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

3
**Raymond and Raymond**
**Attorneys at Law**

4
**7 Glenwood Avenue, 4TH Floor**
**East Orange, New Jersey 07017**

5
**Telephone: (973) 675-5622**
**Telefax: (408) 519-6711;**

6
**Email: bankruptcy123@comcast.net**
**Herbert B. Raymond #HR-1379**

7
**Jeffrey M. Raymond**
**Kevin de Lyon**

8
**Attorneys for the Debtor(s)**

Order Filed on September 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

9
In Re:

Case No.: 17-19412 (CMG)

10
ALLEN MIDDLETON, DEBTOR(S)

Adv. No.:

11

Hearing Date:

12

Judge: CHRISTINE GRAVELLE

13

14
ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

15
       The relief set forth on the following pages two (2) through two (2), is
hereby **ORDERED**.

16

17

18

19

20

21

22

23
**DATED: September 28, 2018**

24

25
Honorable Christine M. Gravelle
United States Bankruptcy Judge

26

27

28

Page 2

Debtor: Allen Middleton, Debtor(s)

Case no.: 17-19412 (CMG)

Caption of order: Order Granting Supplemental Counsel Fees

_____

     The applicant having certified that legal work supplemental

to basic Chapter 13 services has been rendered, and no objections

having been raised:

     ORDERED that Herbert B. Raymond, Esq., the applicant, is

allowed a fee of **$1,000.00** for services rendered and expenses in

the amount **$0.00**  for a total of **$1,000.00.**  The allowance shall

be payable

     ___XXXX___   through the Chapter 13 plan as an administrative

priority.

     _____   outside the plan.

     This fee shall be payable to Debtor's counsel

notwithstanding the dismissal of the case.