Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 17−19412−CMG
> Chapter: 13
> Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Allen Middleton
   1305 North Oaks Boulevard
   North Brunswick, NJ 08902

Social Security No.:
   xxx−xx−3914

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/25/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 25, 2019
JAN: ckk

> Jeanne Naughton
> Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Allen Middleton  
    Debtor

Case No. 17-19412-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3      Date Rcvd: Feb 25, 2019  
                       Form ID: 148      Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2019.

```
db           +Allen Middleton,    1305 North Oaks Boulevard,    North Brunswick, NJ 08902-2157
cr           +Specialized Loan Servicing LLC,    PO Box 60535,    City of Industry, CA 91716-0535
cr           +The Oaks at North Brunswick Condominium Associatio,    c/o Giaimo and Associates, LLC,
               97 East River Road,    Rumson, NJ 07760-1625
517078933     CACH, LLC its successors and assigns as assignee,    of AIMCO,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
516813840     Cach LLC,    PO Box 5980,    Denver, CO 80127
516813842     Comcast,    PO Box 27505,    Newark, NJ 07101
516813844    +Condor Capital,    Fein, Such, Kahn, and Shepard,    7 Century Drive, Suite 201,
               Parsippany, NJ 07054-4673
516813843    +Condor Capital,    800 South Oyster Bay Rd.,    Hicksville, NY 11801-3519
516813845    +Condor Capital Corporation,    637 Wyckoff Avenue,    Wyckoff, NJ 07481-1438
516813846     Condor Capital Corporation,    PO Box 9054,    Hicksville, NY 11802
516813849    +Fein, Such, Kahn, and Shepard,    7 Century Drive, Ste. 201,    Parsippany, NJ 07054-4673
516813850    +Giaimo and Associates, LLC,    97 E. River Rd.,    Rumson, NJ 07760-1625
516858981    +Intercoastal Financial, LLC,    7954 Transit Rd., # 144,    Williamsville, NY 14221-4117
516813855    #+Midwest Recovery Systems,    2747 W Clay St., Ste. A,    Saint Charles, MO 63301-2557
516813856    +Oaks at North Brunswick Condo. Associati,    C/o UBE, Inc.,    1 Willow Pond Drive,
               Howell, NJ 07731-3085
516814797    +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517038022     PRINCETON PLAINSBORO PHYSICIANS,    WAKEFIELD AND ASSOCIATES,    PO BOX 50250,
               KNOXVILLE,TN 37950-0250
516813857    +Pinnacle LLC/Resurgent,    PO Box 10497,    Greenville, SC 29603-0497
516813858    +Powers Kirn, LLC,    728 Marne Highway, Ste. 200,    Moorestown, NJ 08057-3128
516813859    +Progressive Insurance,    PO Box 7247-0311,    Philadelphia, PA 19170-0001
516813864    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
               PO Box 245,    Trenton, NJ 08646-0245)
517465337    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
517465338    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516813865    +State of New Jersey,    Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516813862    +State of New Jersey,    Division of Taxation,    50 Barrack Street, P.O. Box 269,
               Trenton, NJ 08646-0269
516813867    #+Trident Asset Management,    53 Perimeter Center, E Ste. 4,    Atlanta, GA 30346-2230
516813870    +Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
516813873     Wells Fargo Home Mortgage,    4080 Hallmark Parkway,    San Bernardino, CA 92407
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Feb 26 2019 00:38:36     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 26 2019 00:38:31     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr            EDI: IRS.COM Feb 26 2019 05:03:00     United States of America (Internal Revenue Service,
               U.S. Attorney's Office,    970 Broad Street,    Suite 700,    Newark, NJ  07102-2535
516813833    +EDI: AFNIRECOVERY.COM Feb 26 2019 05:03:00      Afni, Inc.,    PO Box 3097,
               Bloomington, IL 61702-3097
516813834    +EDI: GMACFS.COM Feb 26 2019 05:03:00      Ally Financial,    200 Renaissance Center,
               Detroit, MI 48243-1300
516813835    +EDI: ACBK.COM Feb 26 2019 05:03:00      American Credit Acceptance,    961 E Main St,
               Spartanburg, SC 29302-2185
517064950     EDI: BECKLEE.COM Feb 26 2019 05:03:00      American Express Centurion Bank,
               c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516813836    +EDI: AMEREXPR.COM Feb 26 2019 05:03:00      Amex,    PO Box 297871,
               Fort Lauderdale, FL 33329-7871
516813837    +E-mail/Text: EBN_Greensburg@Receivemorermp.com Feb 26 2019 00:39:31
               Berks Credit & Collection,    900 Corporate Drive,    Reading, PA 19605-3340
516813841     EDI: CAPITALONE.COM Feb 26 2019 05:03:00      Capital One,    15000 Capital One Drive,
               Richmond, VA 23238
516911581     EDI: CAPITALONE.COM Feb 26 2019 05:03:00      Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC  28272-1083
516813848    +EDI: CCS.COM Feb 26 2019 05:03:00      Credit Control Service,    725 Canton Street,
               Norwood, MA 02062-2679
517024286     EDI: RESURGENT.COM Feb 26 2019 05:03:00      LVNV Funding, LLC its successors and assigns as,
               assignee of Arrow Financial Services,,    LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
517074654    +EDI: MID8.COM Feb 26 2019 05:03:00      MIDLAND FUNDING LLC,    PO BOX 2011,
               WARREN, MI 48090-2011
516992989    +EDI: PRA.COM Feb 26 2019 05:03:00      Orion Portfolio Services LLC,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0312-3              User: admin              Page 2 of 3              Date Rcvd: Feb 25, 2019
                                  Form ID: 148             Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516973786      +EDI: RESURGENT.COM Feb 26 2019 05:03:00      Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
516813860      +EDI: DRIV.COM Feb 26 2019 05:03:00      Santander Consumer Usa,    PO Box 961245,
                Ft Worth, TX 76161-0244
516813861      +EDI: SWCR.COM Feb 26 2019 05:03:00      Southwest Credit Systems,    4120 International Parkway,
                Carrollton, TX 75007-1958
516813866      +EDI: RMSC.COM Feb 26 2019 05:03:00      Syncb/Lord & Taylor,    PO Box 965015,
                Orlando, FL 32896-5015
516813868      +EDI: VERIZONCOMB.COM Feb 26 2019 05:03:00      Verizon,   PO Box 4830,    Trenton, NJ 08650-4830
516813869      +EDI: VERIZONCOMB.COM Feb 26 2019 05:03:00      Verizon Wireless,    2000 Corporate Drive,
                Orangeburg, NY 10962-2624
517057782       EDI: WFFC.COM Feb 26 2019 05:03:00      Wells Fargo Bank, N.A.,
                Attn: Default Document Processing,   MAC# N9286-01Y,    1000 Blue Gentian Road,
                Eagan, MN 55121-7700
516813874      +EDI: WFFC.COM Feb 26 2019 05:03:00      Wells Fargo Home Mortgage,    5024 Parkway Plaza Blvd.,
                Charlotte, NC 28217-1962
516813875      +EDI: WFFC.COM Feb 26 2019 05:03:00      Wells Fargo Home Mortgage,    3476 Stateview Blvd.,
                Fort Mill, SC 29715-7203
                                                                                              TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516813838*     +Berks Credit & Collection,    900 Corporate Dr,    Reading, PA 19605-3340
516813839*     +Berks Credit & Collection,    900 Corporate Drive,    Reading, PA 19605-3340
516813852*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    Insolvency Operations,    PO Box 21125,
                Philadelphia, PA 19114)
516813854*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    Insolvency Operations,    PO Box 21125,
                Philadelphia, PA 19114)
516813853*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    P0 Box 105572,    Atlanta, GA 30348)
516813851*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    Special Procedures Function,
                PO Box 724,   Springfield, NJ 07081)
516895759*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA  19101-7346
516813863*     +State of New Jersey,    Division of Taxation,    50 Barrack Street, P.O. Box 269,
                Trenton, NJ 08646-0269
516813871*     +Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
516813872*     +Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
516813847    ##+Condor Capital Corporation,    165 Oser AVenue,    Hauppauge, NY 11788-3710
                                                                                  TOTALS: 0, * 10, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: Feb 25, 2019
                              Form ID: 148             Total Noticed: 52
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2019 at the address(es) listed below:
            Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
            Albert   Russo    docs@russotrustee.com
            Eamonn   O'Hagan    on behalf of Creditor   United States of America (Internal Revenue Service)
             eamonn.ohagan@usdoj.gov
            Herbert B. Raymond    on behalf of Debtor Allen  Middleton bankruptcy123@comcast.net,
             raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@
             gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com
            Kaitlyn R. Bernaski    on behalf of Creditor   The Oaks at North Brunswick Condominium Association,
             Inc. kbernaski@giaimoandassociates.com
            Peter Joseph Rosa, I    on behalf of Creditor   The Oaks at North Brunswick Condominium
             Association, Inc. prosa@giaimoandassociates.com
            Robert P. Saltzman    on behalf of Creditor   Specialized Loan Servicing LLC dnj@pbslaw.org
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
            William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
            William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 10
```